**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Todd David Morrow

Case No: 19–43134 – KHS

Debtor(s)

Chapter 13 Case

---

**NOTICE TO DEBTOR(S) RE: FINANCIAL MANAGEMENT CERTIFICATION**

The debtor(s) has not filed a Certificate of Debtor Education from the course provider required by Bankruptcy Rule 1007(c).

File this form with the Bankruptcy court.

This case will be closed without discharge unless the debtor(s) files the Certificate no later than the date when the last plan payment is to be made.

**File this form at the address below.**

**Bankruptcy Clerk's Office:**
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: 1/20/20

<u>Lori Vosejpka</u>
Clerk, United States Bankruptcy Court


By: admin
Deputy Clerk

**mnb13fmz** 10/16